Daniel A. WILLIS; Carolyn W. Willis; Herman L. Mensing, Jr.; Frances K. Mensing; Vincent H. Lewis; Ruby B. Lewis; Elwood F. Hamlet; Lois D. Hamlet, Plaintiffs–Appellees,

and

Richard L. Taylor; Mary S. Taylor; William F. Cobb; Lillie P. Cobb; Roy B. Bass; Susan R. Bass, Plaintiffs,

v.

The CELOTEX CORPORATION, Defendant–Appellant,

and

Owens–Corning Fiberglass Corporation; Eagle–Picher Industries, Inc.; Armstrong World Industries, Inc.; GAF Corporation; Keene Corporation; Standard Insulations, Inc.; Raymark Industries, Inc.; Owens–Illinois, Inc.; H.K. Porter Company, Inc.; Fibreboard Corporation; Crown Cork & Seal Company, Inc.; Combustion Engineering, Inc.; Pittsburgh Corning Corporation, Defendants.

No. 91–1446.

United States Court of Appeals, Fourth Circuit.

Aug. 7, 1992.

ORDER

Appellees have filed a petition for rehearing and suggestion for rehearing *en banc.* Appellants have filed a response to the petition.

The Court grants the petition for rehearing and withdraws the published opinion of this Court filed June 18, 1992. Appellees' suggestion for rehearing *en banc* is held in abeyance pending further action by this Court.

Entered at the direction of Judge Wilkins with the concurrence of Judge Russell and Judge Ward, United States District Judge sitting by designation.